# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Teresa Annette Harris, )<br>*Plaintiff* )<br>v. )<br>Commissioner Social Security Administration, )<br>*Defendant* ) | Civil Action No.   1:17-cv-00303-RMG-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges.

Date:   October 16, 2017                                                                  *ROBIN L. BLUME, CLERK OF COURT*


                                                                                  s/M. Walker, Deputy Clerk
                                                                                  *Signature of Clerk or Deputy Clerk*